# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA — WESTERN DIVISION

| | |
|---|---|
| TYRONE THOMPSON, | Case No. CV 06-3547-RSWL (JWJ) |
| Petitioner, | ORDER ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |
| vs. | |
| L. E. SCRIBNER, Warden, | |
| Respondent. | |

Pursuant to 28 U.S.C. § 636(b)(1)(C), the Court has reviewed the Petition, all of the records and files herein and the attached Report and Recommendation of the United States Magistrate Judge, and has made a <u>de novo</u> determination of the Report and Recommendation.  Further, the Court has engaged in a de novo review of those portions of the Report to which Petitioner has objected.  The Court concurs with and adopts the conclusions of the Magistrate Judge.

   IT IS ORDERED that Judgment be entered denying the Petition filed herein and dismissing this action with prejudice.

///

///

1    IT IS FURTHER ORDERED that the Clerk shall serve forthwith a copy
2 of this Order, the Magistrate Judge's Report and Recommendation, and the
3 Judgment herein on petitioner and counsel for respondent.

5 DATED: June 16, 2009

_____/s/_____
RONALD S.W. LEW
Senior United States District Judge