1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

9

## CENTRAL DISTRICT OF CALIFORNIA — WESTERN DIVISION

10
11
12
13
14
15
16

| | |
|---|---|
| TYRONE THOMPSON,                              ) | Case No. CV 06-3547-RSWL (JWJ) |
|           Petitioner,          ) | JUDGMENT |
|     vs.                                          ) | |
| L. E. SCRIBNER, Warden,                       ) | |
|         Respondent.        ) | |
| _____ ) | |

17
18
19
20
21

     Pursuant to the Order of the Court adopting the conclusions and recommendations of the United States Magistrate Judge,

     IT IS ADJUDGED that the Petition for Writ of Habeas Corpus is denied and this action is dismissed with prejudice.

22
23

DATED: June 16, 2009

24
25
26
27

_____/s/_____
RONALD S.W. LEW
Senior United States District Judge

28